**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FEDERAL TRADE COMMISSION,**

**Plaintiff,**

-vs-                                                         Case No.  6:11-cv-1186-Orl-28TBS

**DIRECT BENEFITS GROUP, LLC; VOICE NET GLOBAL, LLC; SOLID CORE SOLUTIONS, INC.; WKMS, INC.; KYLE WOOD; and MARK BERRY,**

**Defendants.**
_____

# ORDER

This case is before the Court on Defendants' Motion to Allow Limited Release of Frozen Funds for Final Payment of Attorney's Fees (Doc. No. 112) filed April 30, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 9, 2012 (Doc. No. 169) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Allow Limited Release of Frozen Funds for Final Payment of Attorney's Fees (Doc. No. 112) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida the 28th day of August, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge