UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

　　　　　**Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-1186-Orl-28TBS

**DIRECT BENEFITS GROUP, LLC; VOICE NET GLOBAL, LLC; SOLID CORE SOLUTIONS, INC.; WKMS, INC.; KYLE WOOD; and MARK BERRY,**

　　　　　**Defendants.**

## ORDER

This case is before the Court on the Amended First Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Holland & Knight LLP as Attorneys for Temporary Receiver Brian A. McDowell (Doc. No. 224) filed May 6, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

　　1.　　That the Report and Recommendation filed May 9, 2013 (Doc. No. 225) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Amended First Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Holland & Knight LLP as Attorneys for Temporary Receiver Brian A. McDowell (Doc. No. 224) is **GRANTED**.

3.  The Court finds that counsel for Receiver reasonably expended 227.7 hours on this matter between July 18, 2011 and August 18, 2011.

4.  The Court finds the hourly rates charged are reasonable.

5.  Holland & Knight is awarded $63,696.00 in attorney's fees.

6.  The Court finds that the expenses claimed are reasonable.

7.  Holland & Knight is awarded $4,532.27 in expenses.

8.  Holland & Knight is awarded a total of $68,231.27, to be paid from the receivership assets.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record