UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

-vs-                                                    Case No. 6:11-cv-1186-Orl-28TBS

DIRECT BENEFITS GROUP, LLC; VOICE NET GLOBAL, LLC; SOLID CORE SOLUTIONS, INC.; WKMS, INC.; KYLE WOOD; and MARK BERRY,

    Defendants.

## ORDER

This case is before the Court on the Amended First Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Temporary Receiver Brian A. McDowell (Doc. 223) and the Supplement to the Motion regarding Conference and Clarification (Doc. 227).[1] The United States Magistrate Judge has submitted a Report (Doc. 238) recommending that the motion be granted.

After a review of the record in this matter and noting that no objections were timely filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed (Doc. 238) is **ADOPTED** and **CONFIRMED**

---

[1] The Amended Motion (Doc. 223) was originally denied without prejudice for failing to comply with Local Rule 3.01(g). (See Doc. 226). The Receiver then supplemented his motion regarding the Local Rule 3.01(g) certification rather than refiling the motion. (Doc. 227).

and made a part of this Order.

2. The Amended First Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Temporary Receiver Brian A. McDowell (Doc. 223), as Supplemented regarding Conference and Clarification (Doc. 227), is **GRANTED**.

3. The Receiver is awarded $46,368.00 in professional fees and $2,334.82 in expenses, for a total of $48,702.82 incurred by the Receiver between July 18, 2011, and August 18, 2011. This amount shall be paid from receivership assets.

**DONE** and **ORDERED** in Orlando, Florida this 27 day of September, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party