UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

**Plaintiff,**

-vs-  Case No. 6:11-cv-1186-Orl-28TBS

**DIRECT BENEFITS GROUP, LLC; VOICE NET GLOBAL, LLC; SOLID CORE SOLUTIONS, INC.; WKMS, INC.; KYLE WOOD; and MARK BERRY,**

**Defendants.**

## ORDER

This case is before the Court on Receiver Brian McDowell's Second Motion for Allowance and Payment of Compensation and Expenses (Doc. No. 240) and Second Motion for Allowance and Payment of Expenses to Holland & Knight LLP as Attorneys for Receiver (Doc. No. 241). The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 18, 2013 (Doc. No. 243) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Receiver Brian A. McDowell's Second Motion for Allowance and Payment of Compensation and Expenses (Doc. No. 240) is **GRANTED**.

3. The Second Motion for Allowance and Payment of Expenses to Holland & Knight LLP as Attorneys for Receiver (Doc. No. 241) is **GRANTED**.

4. The Receiver is awarded $92,032.67 ($91,680.00 in fees and $352.67 in expenses) to be paid from receivership assets.

5. Holland & Knight LLP is awarded $112,432.08 ($108,054.00 in fees and $4,378.08 in expenses) to be paid from receivership assets.

**DONE and ORDERED** in Chambers, Orlando, Florida this 6th day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party